

# IN THE
# TENTH COURT OF APPEALS

### No. 10-18-00337-CR

**KEVIN WILLIAM MCGAUGH,**

**Appellant**

 **v.**

**THE STATE OF TEXAS,**

**Appellee**

**From the 54th District Court
McLennan County, Texas
Trial Court No. 2016-1331-C2**

## MEMORANDUM OPINION

Kevin William McGaugh appeals from the judgment of conviction and sentence rendered against him on or about October 2, 2018. McGaugh, however, has waived the right of appeal, and the trial court's certification of his right of appeal, which McGaugh and his counsel signed, indicates that McGaugh has waived his right of appeal. Accordingly, this appeal must be dismissed. *Monreal v. State*, 99 S.W.3d 615, 622 (Tex. Crim. App. 2003); *see* TEX. R. APP. P. 25.2(d).

Notwithstanding that we are dismissing this appeal, McGaugh may file a motion for rehearing with this Court within 15 days after this opinion and judgment are rendered if he believes this opinion and judgment are erroneously based on inaccurate information or documents. *See* TEX. R. APP. P. 49.1. Moreover, if McGaugh desires to have the opinion and judgment of this Court reviewed by filing a petition for discretionary review, that petition must be filed with the Court of Criminal Appeals within 30 days after either the day this Court's judgment is rendered or the day the last timely motion for rehearing is overruled by this Court. *See id.* R. 68.2(a).

For the reasons stated, this appeal is dismissed.


                                        REX D. DAVIS
                                        Justice


Before Chief Justice Gray,
     Justice Davis, and
     Justice Scoggins
Appeal dismissed
Opinion delivered and filed November 14, 2018
Do not publish
[CR25]

